No. 55. STATE ROAD COMMISSION ET AL. *v.* MONONGAHELA WEST PENN PUBLIC SERVICE CO. ET AL.;

No. 56. STATE ROAD COMMISSION ET AL. *v.* BALTIMORE & OHIO R. R. CO. ET AL.; and

No. 57. STATE ROAD COMMISSION *v.* BALTIMORE & OHIO R. R. CO. ET AL.
Argued October 25, 26, 1928. Decided October 29, 1928. *Per Curiam:* The writs of error are dismissed for want of a substantial federal question on the authority of *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. *Mr. Fred O. Blue,* with whom *Messrs. E. G. Smith, Lawrence R. Lynch,* and *Guy H. Burnside* were on the brief, for plaintiffs in error. *Messrs. Clyde B. Johnson, Philip P. Steptoe, Louis A. Johnson, James A. Meredith,* and *William G. Conley* for defendants in error.